IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | § § § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | CIVIL ACTION NO. 6:19-cv-0068 |
| ERLINDA A. PORTILLA, JOSEPH M. PORTILLA, RUDOLPHO D. PORTILLA, JANE L. ARREDONDO, ALBERTO L. ARREDONDO, and GUADALUPE A. RIVERA, | | |
| Defendants. | | |

**PLAINTIFF'S MOTION TO DEPOSIT PLAN BENEFITS INTO THE REGISTRY OF THE COURT AND FOR DISCHARGE WITH PREJUDICE**

Plaintiff Metropolitan Life Insurance Company ("MetLife") files this Motion to Deposit Plan Benefits into the Registry of the Court and For Discharge with Prejudice and states:

SUMMARY OF METLIFE'S INTERPLEADER ACTION

1. MetLife filed a Complaint in Interpleader (Doc. #1) in this action because of conflicting claims to life insurance benefits payable under the Union Carbide Subsidiary Basic Life Insurance Plan (the "Plan"), offered under The Dow Chemical Company Group Life Insurance Program (the "Program"), as a result of the death of Vicente Lopez Arredondo ("Decedent"). The Plan is a welfare benefit plan governed by the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §§1001-1461 ("ERISA").

2. The life insurance benefits payable under the Plan are funded by a group life insurance policy issued by MetLife.

1

3. Decedent was a retiree of Union Carbide ("UCC"), a subsidiary of The Dow Chemical Company ("Dow"), and a participant in the Plan. Decedent died on May 15, 2018. At the time of his death, Decedent was enrolled under the Plan for $14,400 in basic life insurance coverage ("Plan Benefits"). Pursuant to the terms of the Plan, the Plan Benefits became payable to the named beneficiary or beneficiaries upon Decedent's death.

4. The most recent beneficiary designation on file is dated April 4, 2017 and names the primary beneficiaries as follows:

>   Erlinda A. Portilla ("Erlinda")       50%
>
>   Joseph M. Portilla ("Joseph")       25%
>
>   Rudolpho D. Portillo ("Rudolpho")   25%.

5. Shortly after Decedent's death, Jane L. Arredondo ("Jane") contacted MetLife about the Plan Benefits. MetLife advised her that she was not a named beneficiary on the most recent beneficiary designation. Jane stated that there was a 2005 Designation that named her. Upon making an inquiry to Dow, MetLife received a February 11, 2005 Designation from Dow naming Decedent's four children, Erlinda, Jane, Alberto L. Arredondo ("Alberto") and Guadalupe A. Rivera ("Guadalupe") as the beneficiaries in equal percentages of 25% each.

6. Subsequently, MetLife received letters from Jane, Alberto and Guadalupe stating that the 2017 Beneficiary Designation was fraudulently made. MetLife also received a letter from an attorney for Jane and Guadalupe stating that Erlinda abused the powers granted to her in a Power of Attorney executed by Decedent and that Erlinda wrongly changed the Beneficiary Designation.

7. In a letter dated November 19, 2018, MetLife advised Defendants that their claims were adverse to one another and raised questions of fact and law that could not be

resolved by MetLife without exposing itself and the Plan to the danger of double liability. MetLife gave the Defendants an opportunity to resolve their disputes in order to preserve the Plan Benefits from litigation costs and fees, but no agreement was reached.

8. Erlinda was named as a beneficiary in both Designations: in one as a 50% beneficiary and in the other as a 25% beneficiary. Consequently, it is undisputed that Erlinda is entitled to at least 25% of the Plan Benefits. Accordingly, MetLife paid Erlinda $3,600 of the Plan Benefits, leaving $10,800 in dispute ("Remaining Plan Benefits").

9. As a mere stakeholder, MetLife makes no claim to the Remaining Plan Benefits.

10. Waivers of Service of Summons were sent to all Defendants and all Waivers were returned and are on file with the Court. (Doc. Nos. 6, 7, 8, 11, 12, 13). Only Erlinda has filed an Answer to the Complaint. (Doc. Nos. 4, 9).

### REQUESTED RELIEF

11. By this Motion, MetLife seeks to deposit the Remaining Plan Benefits into the registry of the Court.

12. After depositing the Remaining Plan Benefits into the registry of the Court, MetLife, as merely a stakeholder, should be discharged with prejudice from this lawsuit.

WHEREFORE, Plaintiff Metropolitan Life Insurance Company requests that the Court grant this Motion and

(i) Restrain Defendants from instituting any action against MetLife, The Dow Chemical Company, Union Carbide Corporation, the Union Carbide Subsidiary Basic Life Insurance Plan and The Dow Chemical Company Group Life Insurance Program concerning the Plan Benefits and Decedent's coverage under the Plan;

(ii) Require Defendants to litigate their claims for the Remaining Plan Benefits among themselves;

(iii) Permit MetLife to deposit the Remaining Plan Benefits in the amount of $10,800, plus applicable interest, if any, into the registry of this Court;

(iv) Discharge MetLife, The Dow Chemical Company, Union Carbide Corporation, the Union Carbide Subsidiary Basic Life Insurance Plan and The Dow Chemical Company Group Life Insurance Program with prejudice from any further liability upon MetLife's payment of the Remaining Benefits into the registry of this Court or as otherwise directed by this Court and dismiss MetLife from this lawsuit with prejudice; and

(v) Award MetLife any other and further relief that this Court deems just and proper.

Respectfully submitted,

*/s/ Linda G. Moore*
Linda G. Moore
State Bar No. 14359500
Southern District No. 20049
ESTES THORNE & CARR PLLC
3811 Turtle Creek Blvd., Suite 2000
Dallas, Texas 75219
(214) 599-4000
(214) 599-4099 (telecopy)
lmoore@estesthornecarr.com

ATTORNEY FOR PLAINTIFF METROPOLITAN LIFE INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing Motion was electronically filed on this 21st day of October 2019, and served on the following:

| | |
|---|---|
| Erlinda A. Portilla<br>313 Tommy Drive<br>Port Lavaca, Texas 77979<br>*Via First Class Mail* | Alberto L. Arredondo<br>P.O. Box 176<br>Bloomington, TX 77951<br>*Via First Class Mail* |
| Joseph M. Portilla<br>313 Tommy Drive<br>Port Lavaca, Texas 77979<br>*Via First Class Mail* | Jane Arredondo<br>c/o Craig A. Langford, II<br>111 S. Main Street<br>Victoria, Texas 77902<br>*Via email:* *clangford@victoriatxlawyers.com* |
| Rudolpho D. Portilla<br>313 Tommy Drive<br>Port Lavaca, Texas 77979<br>*Via First Class Mail* | Guadalupe A. Rivera<br>c/o Craig A. Langford, II<br>111 S. Main Street<br>Victoria, Texas 77902<br>*Via email:* *clangford@victoriatxlawyers.com* |

      */s/ Linda G. Moore*
      Linda G. Moore