UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| **METROPOLITAN LIFE INSURANCE COMPANY** § § § | |
| § | Civil Case No. 6:19-CV-00068 |
| v. § § | |
| **ERLINDA A. PORTILLA, JOSEPH M. PORTILLA, RUDOLPHO D. PORTILLA, JANE L. ARREDONDO, ALBERTO L. ARREDONDO and GUADALUPE A. RIVERA,** § § § § § § § | |
| **Defendants.** § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Metropolitan Life Insurance Company has deposited the proceeds of a life insurance policy into the registry of the Court (the "Proceeds") pursuant to this Interpleader action. The Defendants are parties who claim a right to the proceeds. On May 6, 2021 following a hearing at which all Defendants were present, the Defendants announced a settlement that was read into the record and accepted by the Court. The Defendants agreed to split the proceeds and any accrued interest evenly among them. The Defendants further agreed to dismiss any and all claims related to the subject matter of this action with prejudice. The Court approved the settlement and granted each Defendant's request to dismiss any and all claims related to this case, whether alleged or unalleged.

It is therefore **ORDERED** that the Proceeds, together with any interest that has accrued while the Proceeds have been on deposit in the Court's registry, shall be distributed as follows:

1. $2,080.14 to Alberto Arredondo by issuing a check in that amount made payable to same and delivering that check to Alberto Arredondo, Post Office Box 176, Bloomington, Texas 77951.

2. $2,080.14 to Jane Arredondo by issuing a check in that amount made payable to same and delivering that check to Jane Arredondo, Post Office Box 540, Bloomington, Texas 77951.

3. $2,080.14 to Guadalupe Rivera by issuing a check in that amount made payable to same and delivering that check to Guadalupe Rivera, 607 N. 3rd Street, Haskell, Texas 79521.

4. $2,080.14 to Erlinda Portilla by issuing a check in that amount made payable to same and delivering that check to Erlinda Portilla, 313 Tommy Drive, Port Lavaca, Texas 77979.

5. $2,080.13 to Joseph Portilla by issuing a check in that amount made payable to same and delivering that check to Joseph Portilla, Post Office Box 454, Bloomington, Texas 77951.

6. $2,080.13 to Rudolpho Portilla by issuing a check in that amount made payable to same and delivering that check to Rudolpho Portilla, 313 Tommy Drive, Porty Lavaca, Texas 77979.

It is **FURTHER ORDERED** that the parties receiving payments from the Court's registry shall provide their home addresses and tax pay identification numbers or social security numbers to the Clerk of the United States District Court within ten days of the entry of this Order.

It is **FURTHER ORDERED** that all claims that have been brought or that could have been brought against any other party to this Civil Action that is related to the subject matter of this case are **DISMISSED WITH PREJUDICE.**

This is a **FINAL JUDMENT.**

SIGNED this May 10, 2021.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**



2